KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eduardo Ramirez-Garcia, | No. CV 12-2678-PHX-DLR (JFM) |
| Plaintiff, | |
| v. | **ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

On December 17, 2012, Plaintiff Eduardo Ramirez-Garcia, who is confined in the Arizona State Prison Complex-Florence, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 and an Application to Proceed *In Forma Pauperis*. In a June 21, 2013 Order, the Court granted the Application to Proceed and dismissed the Complaint because Plaintiff had failed to state a claim. The Court gave Plaintiff 30 days to file an amended complaint that cured the deficiencies identified in the Order.

On August 6, 2013, Plaintiff filed his First Amended Complaint. In a November 4, 2013 Order, the Court dismissed the First Amended Complaint because Plaintiff had failed to state a claim. The Court gave Plaintiff 30 days to file a second amended complaint that cured the deficiencies identified in the Order.

On December 4, 2013, Plaintiff filed a Second Amended Complaint. In a February 25, 2014 Order, the Court dismissed the Second Amended Complaint and this action for failure to state a claim (Doc. 17). Judgment was entered on the same date

(Doc. 18). On February 12, 2015, Plaintiff filed a "Motion for Relief from Judgment pursuant to Rule 60(b)(1) and (c)," which the Court denied in an April 7, 2015 Order.

On April 23, 2015, Plaintiff filed a Motion for Reconsideration asking the Court to reconsider its decision in the April 7, 2015 Order. Plaintiff's Motion simply re-argues Plaintiff's Motion for Relief from Judgment, and the Court finds no reason to reconsider its decision in the April 7 Order. The Court will deny Plaintiff's Motion for Reconsideration.

**IT IS ORDERED** that Plaintiff's April 23, 2015 Motion for Reconsideration (Doc. 22) is **denied**. Plaintiff must not file additional documents in this closed case, except in furtherance of an appeal.

Dated this 24th day of June, 2015.

Douglas L. Rayes
United States District Judge